604 A.2d 1026

**Richard L. BOMBOY and Alice Marie Bomboy, his wife, Appellants,**

v.

**ERIE AIRWAYS, INC., Scranton Aluminum Manufacturing Company and 84 Lumber Company, Appellees,**

v.

**UTICA METAL PRODUCTS.**

Supreme Court of Pennsylvania.

Argued March 10, 1992.

Decided April 16, 1992.

Craig A. Markham, Elderkin, Martin, Kelly, Messina & Zamboldi, Erie, for appellants.

James D. McDonald, Daniel J. Pastore, Erie, for Scranton Aluminum Mfg. Co. and 84 Lumber Co.

William Pietragallo, Pittsburgh, for Erie Airways.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.